# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOHN MEYER,                  :    No. 29 MAP 2018

         Appellant           :

             v.                 :

COMMONWEALTH OF PENNSYLVANIA   :
BOARD OF PROBATION AND PAROLE    :
AND JOHN J. TALABAR, ESQ., BOARD    :
SECRETARY,                         :

         Appellees          :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 1st day of November, 2018, the Motion to Dismiss for Mootness is GRANTED.